UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA C. MERGENS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C20-6111-SKV<br><br><br>ORDER OF REMAND |

Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The Administrative Law Judge (ALJ) will issue a new decision. Upon remand, the Appeals Council will instruct the ALJ to further develop the record and:

- reevaluate the medical opinion evidence and treatment notes;
- assess the severity of Plaintiff's Hashimoto's disease, Epstein-Barr virus, and Raynaud's syndromes, as well as their corresponding limitations;
- consider the evidence in accordance with Social Security Ruling (SSR) 14-1p for cases involving Chronic Fatigue Syndrome;

- reevaluate Plaintiff's subjective complaints;

- reevaluate Plaintiff's maximum physical and mental residual functional capacity as required by SSR 96-9p;

- reconsider the lay witness evidence;

- proceed with the remaining steps of the sequential evaluation process;

- as needed, obtain supplemental vocational or medical expert evidence to determine whether Plaintiff could still do her past relevant work, or other work existing in significant numbers in the national economy;

- offer Plaintiff the opportunity for a hearing, and take any further action needed to complete the administrative record and issue a new decision.

The parties agree that reasonable attorney fees may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 13th day of October 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov

Page 2      ORDER – [C20-6111-SKV]